UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL BAUGH,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14813** |
| **MICHAEL EDMONSON, ET AL.,**  Defendants | **SECTION: "E" (1)** |

## ORDER

**IT IS ORDERED** that a telephone status conference be held on **Friday, September 27, 2019**, at **10:00 a.m.** The Court will provide the parties with the call-in instructions necessary to participate in the conference via telephone.

New Orleans, Louisiana, this 26th day of September, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**