MINUTE ENTRY
MORGAN, J.
November 14, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL BAUGH,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14813** |
| **MICHAEL EDMONDSON, ET AL.,**<br>    Defendants | **SECTION: "E" (1)** |

### MINUTE ENTRY

A status conference was held on November 14, 2019 at 10:00 a.m. in the chambers of Judge Susie Morgan.

Present:    David Abdullah and Joseph Peiffer, counsel for Plaintiff, Michael Baugh; Andre Gaudin and Scott Gaspard, counsel for Defendants, Michael Edmondson, Donovan Archote, Eric Thaxton, and Charles Robertson.

The parties represented to the Court they have contacted the Magistrate Judge and will soon schedule a settlement conference. Plaintiff's counsel agreed they will file a motion to dismiss Plaintiff's First and Eighth Amendment claims within one week.

**New Orleans, Louisiana, this 14th day of November, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:19)