IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL BAUGH | CIVIL ACTION |
| PLAINTIFF | CASE NO.: 2:16-cv-14813 |
| V. | SECTION: E |
| MICHAEL EDMONSON, COLONEL, LOUISIANA STATE POLICE SUPERINTENDENT, DONOVAN ARCHOTE, CAPTAIN, LOUISIANA STATE POLICE COMMANDER, and ERIC THAXTON AND CHARLES ROBERTSON, LOUISIANA STATE POLICE TROOPERS | JUDGE SUSIE MORGAN |
| | MAG. JUDGE JANIS VAN MEERVELD |
| DEFENDANTS | |

## DEFENDANTS' WITNESS AND EXHIBIT LISTS

Defendants, Louisiana State Police Superintendent, Colonel Michael Edmonson, Louisiana State Police Commander, Captain Donovan Archote, Louisiana State Police Trooper Charles Robertson, and Louisiana State Police Trooper Eric Thaxton, submit the following lists of witnesses who may be called and exhibits that may be introduced at the trial of this matter in accordance with the Court's Scheduling Order, as amended. [Doc No. 43] As discovery is ongoing and several of Defendants' deposition requests remain outstanding, Defendants may seek to supplement the Witness and Exhibit List.

{01005625 - v1}   -1-

## WITNESS LIST

Defendants may call the following as witnesses at the trial of this matter:

1. Trooper Charles Robertson
   Louisiana State Police, Troop L
   2600 N Causeway Blvd.
   Mandeville, LA 70471

Trooper Robertson may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans, events occurring before, during, and after the investigative stop of Michael Baugh, including the arrest of Michael Baugh, the injuries Trooper Robertson sustained, events following Michael Baugh's arrest, and the allegations made against him by Plaintiff in his Complaint.

2. Trooper Eric Thaxton
   Louisiana State Police, Troop L
   2600 N Causeway Blvd.
   Mandeville, LA 70471

Trooper Thaxton may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans, events occurring before, during, and after the investigative stop of Michael Baugh, including the arrest of Michael Baugh, events following the arrest, and the allegations made against him by Plaintiff in his Complaint.

3. Col. Michael Edmonson (Retired)
   3446 Perkins Rd
   Baton Rouge, LA 70808

Col. Edmonson may testify regarding the specific allegations made against him by Plaintiff in his Complaint.

4. Capt. Donovan Archote
   Louisiana State Police
   2101 I-10 Service Road
   Kenner, LA 70065

Capt. Archote may testify regarding the specific allegations made against him by Plaintiff in his Complaint.

5. Trooper Brady Johnson
   Louisiana State Police
   121 E. Pont Des Mouton Rd.
   Lafayette, LA 70507

Trooper Johnson may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh including events at University Hospital.

6. S/T Calvin Anderson
   Louisiana State Police, Troop A
   17801 Highland Road
   Baton Rouge, LA 70810

Trooper Anderson may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh, including events at University Hospital.

7. Lt. John Gardner
   Louisiana State Police
   7919 Independence Blvd.
   Baton Rouge, LA 70806

Lt. Gardner may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans, events after the arrest of Michael Baugh, including photographs taken of Michael Baugh's injuries.

8. S M/T Sam Latimer
   Louisiana State Police, Troop A
   17801 Highland Road
   Baton Rouge, LA 70810

   Trooper Latimer may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

9. Sgt. Louis Calato
   Louisiana State Police, Troop L
   2600 North Causeway Blvd.
   Mandeville, LA 70471

   Sgt. Calato may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

10. TFC John Robinson
    Louisiana State Police
    One Lake Shore Drive, Suite 950
    Lake Charles, Louisiana 70629

    TFC Robinson may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

11. Investigator Melissa Welch, LSP Headquarters
    Louisiana State Police
    5903 Coliseum Blvd
    Alexandria, Louisiana 7130

    Melissa Welch may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

12. TPR Joseph Hall
    Louisiana State Police, Troop A
    17801 Highland Road
    Baton Rouge, Louisiana 70810

    TPR Hall may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

13. TFC Brandon Beaudoin
    Louisiana State Police
    7919 Independence Blvd.
    Baton Rouge, LA 70806

TFC Beaudoin may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

14. Sgt. Paul Chamorro
    Louisiana State Police, Troop B
    2101 I-10 Service Road
    Kenner, LA 70065

Sgt. Chamorro may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

15. Sgt. Trent Cucchia
    Louisiana State Police
    437 West Mills Ave.
    Breaux Bridge, LA 70517

Sgt. Cucchia may testify regarding the New Orleans Criminal Enforcement Detail (NOCED) – an LSP detail in New Orleans and events after the arrest of Michael Baugh.

16. Sgt. Saleem El-Amin, IA Department
    Louisiana State Police Internal Affairs
    P.O.BOX 66614
    Baton Rouge, LA 70806

Sgt. El-Amin may testify regarding the IA investigation of the incident complained of in plaintiff's suit.

17. Sgt. Treone Larvadain, IA Department
    Louisiana State Police Internal Affairs
    P.O.BOX 66614
    Baton Rouge, LA 70806

Sgt. Larvadain may testify regarding the IA investigation of the incident complained of in plaintiff's suit.

18. Capt. John Riles
    Louisiana State Police, Troop L
    2600 N. Causeway Blvd
    Mandeville, LA 70471

Capt. Riles may testify regarding his knowledge of and command over the New Orleans Criminal Enforcement Detail in 2015.

19. Sgt. Jeff Fosse, LSP Academy Use of Force instructor/Expert
    Louisiana State Police
    7901 Independence Blvd.
    Baton Rouge, LA 70806

Sgt. Fosse may testify as an expert witness regarding his use of force investigation in this matter and regarding police policies, procedures, training and tactics at the trial of this matter.

20. Kerry J. Najolia
    2564 Cedar Lawn Drive
    Marrero, Louisiana 70072

Mr. Najolia may testify as an expert witness regarding police policies, procedures, training, tactics and use of force at the trial of this matter.

21. Lieut. Channon Savoie, Tint Expert
    Louisiana State Police
    7901 Independence Blvd.
    Baton Rouge, LA 70806

Lieut. Savoie may testify regarding his December 4, 2017 inspection of the tint on Michael Baugh's truck and his investigation regarding violations related to the tint on plaintiff's truck.

22. Jason Rudd, M.D. – expert orthopedic surgeon
    Pinnacle Orthopedic Services
    1200 Pinnacle Parkway, Suite 3
    Covington, LA 70433

Dr. Rudd may testify regarding his medical treatment of Trooper Charles Robertson's injuries received during this incident and his opinions on the cause of those injuries.

23. Eric George, M.D. – medical expert
    Hand Surgical Associates
    4228 Houma Blvd., Suite 600B
    Metairie, LA 70006

Dr. George may testify as an expert witness regarding his review and examination of Michael Baugh's medical records and x-rays from Ochsner Medical Center dated August 11, 2015, his medical records and x-rays from University Medical Center dated September 19, 2015, and subsequent medical records.

24. TPR Jeremy Price
    Louisiana State Police
    7901 Independence Blvd.
    Baton Rouge, LA 70806

TPR Price may testify regarding his April 17, 2015 arrest of Michael Baugh and related issues.

25. TPR Michael Mercante
    Louisiana State Police
    7901 Independence Blvd.
    Baton Rouge, LA 70806

TPR Mercante may testify regarding his April 17, 2015 arrest of Michael Baugh and related issues.

26. Dr. John Langley – treating physician

   Ochsner Health Systems
   1450 Poydras St, Suite 2250
   New Orleans, LA 70112

   Dr. Langley may testify regarding medical treatment Michael Baugh received at Ochsner.

27. Michael Baugh;

28. Michael Baugh's medical providers;

29. Any witnesses identified by Plaintiff in his witness list;

30. Any witness required to authenticate records;

31. Any and all witnesses needed for rebuttal, impeachment (including expert witnesses needed for rebuttal).

## EXHIBIT LIST

Defendants may introduce any of the following exhibits at the trial of this matter:

1. LSP IRS Case Report of Trooper Eric Thaxton, No. 15-65377 regarding the September 19, 2015 arrest of Michael Baugh (LSP01506-1511)

2. NOPD Incident Report, Item No. I-22372-15 (LSP00033)

3. NOPD GIST Sheet, Item No. I-22372-15 (LSP00034)

4. NOPD Department Item Report, Item No. I-22372-15, Item Information (LSP00032)

5. Traffic citations issued by Trooper Thaxton to Michael Baugh related to the September 19, 2015 incident complained of in plaintiff's suit (LSP00039)

6. Vehicle Storage Record prepared by Trooper Thaxton related to the September 19, 2015 incident (LSP00035)

7. Trooper Eric Thaxton's inventory of Michael Baugh related to the September 19, 2015 incident (LSP00036)

8. LSP Evidence/Property Receipt related to the September 19, 2015 incident (LSP00038)

9. September 24, 2015 Scientific Analysis Report of the New Orleans Police Department, Scientific Criminal Investigations Section (LSP00040)

10. Trooper Eric Thaxton's Use of Force Report (LSP00045-00050)

11. November 24, 2015 Use of Force Report Review by Sgt. Jeffrey C. Foss of the Louisiana State Police Training Academy (LSP00051-00052)

12. Michael Baugh's October 2, 2015 Personal Complaint Affidavit Resulting in Use of Force Investigation (LSP00041-00044)

13. Orleans Parish Criminal Sheriff's Office's Call Detail Report regarding Michael Baugh's September 19, 2017 incarceration (LSP01520-01523)

14. CD of Orleans Parish Criminal Sheriff's Office's audio recordings regarding jail telephone calls made during Michael Baugh's September 19, 2015 incarceration (LSP01524)

15. Transcript of CD of Orleans Parish Criminal Sheriff's Office audio recordings regarding jail telephone calls made during Michael Baugh's September 19, 2015 incarceration related to the incident complained of in plaintiff's suit. (LSP01525-01636)

16. Partial cell phone video of the arrest complained of in plaintiff's suit (11 second clip) (LSP01723)

17. CD of NOPD's September 19, 2015 dispatch audio recording related to the incident upon which plaintiff's suit is based (LSP02106)

18. September 19, 2015 Dash Cam video from S/T Calvin Anderson's vehicle of the aftermath (LSP01764)

19. April 17, 2015 narcotics arrest record of Michael Baugh near 100 S. Rampart in New Orleans, LA (NOPD-21619 in 2015 and LSP 15-0417A004) and related issues (LSP01724-01726)

20. Use of Force report regarding that April 17, 2015 narcotics arrest record of Michael Baugh near 100 S. Rampart in New Orleans, LA (NOPD-21619 in 2015 and LSP 15-0417A004) (LSP01727-01732)

21. Certified criminal records on Michael Baugh received from Orleans Parish D.A. in response to subpoena (LSP-ORLEANS PARISH D.A.-00001-00036))

22. Certified criminal records on Michael Baugh received from Jefferson Parish Sheriff's Office in response to subpoena (LSP-JPSO-00001-00019)

23. Criminal records on Michael Baugh received from New Orleans Police Department pursuant to Public Records Request (LSP01733-01763)

24. Records from the Louisiana Dept. of Public Safety and Corrections, Office of Motor Vehicles, on Michael Baugh's vehicles (LSP01765-01777)

25. December 2, 2015 IA Investigation Report regarding the September 18, 2015 incident (LSP00053-00071)

26. CD of recorded statements secured for the December 2, 2015 IA Investigation Report regarding the September 18, 2015 incident (LSP02107)

    a. Trooper Eric Thaxton
    b. Trooper Charles Robertson
    c. Trooper Brady Johnson
    d. Trooper Calvin Anderson
    e. Trooper Sam Latimer
    f. Sergeant Louis Calato
    g. Trooper John Robinson
    h. Trooper Melissa Welch – CID Region 2 – Lake Charles
    i. Trooper Joseph Hall – Troop A
    j. Lieutenant John Gardner
    k. Trooper Brandon Beaudoin
    l. Sergeant Paul Chamorro
    m. Sergeant Tracy Morgan – CID Region 2 – Lake Charles

27. Medical records of Jason Rudd, MD relative to his medical treatment of Trooper Charles Robertson for the injuries he received related to the incident complained of in plaintiff's suit (LSP-RUDD-02106-02161)

28. Jury Verdict in Michael Baugh's criminal trial of July 11, 2017 and July 12, 2017, requested but not yet received

29. Excerpts of Louisiana State Police Policies and Procedures Manual on P.O. 238 Use of Force (LSP00012-LSP00017)

30. Video and transcript of 09-23-15 news broadcast produced by WWL-TV, Inc. pursuant to subpoena duces tecum (LSP01637-01641)

31. Plaintiff's Answers to Interrogatories (LSP01642-01654)

32. Plaintiff's Responses to Request for Production (LSP01655-01684)

33. Plaintiff's First Amended Complaint (LSP01685-01708)

34. Employment records of Michael Baugh received from Flaw-Luxe Hair Studio (LSP01709-01722)

35. Plaintiff's medical and health care records from University Medical Center (LSP-UMC-

00001-00073)

36. University Medical Center (CD of Radiology Films (LSP-UMC-FILMS-000001-000002)

37. Plaintiff's medical and health care records from Oak Tree Family Dentistry (LSP-OAK TREE FAMILY DENTISTRY-00001- 000053)

38. Plaintiff's medical and health care records from James A. Loyola, D.M.D. (LSP-LOYOLA-00001-00058)

39. Plaintiff's medical and health care records from Total Health Clinic (LSP-TOTAL HEALTH CLINIC-00001-00066)

40. Plaintiff's medical and health care records from Diagnostic Imaging Services (LSP-DIS-00001-00013)

41. Plaintiff's medical and health care records from Tulane Medical Center (LSP-TULANE MC-000001- 000025)

42. Plaintiff's medical and health care records from Bone Joint Clinic (LSP-BONE & JOINT-000001-000002)

43. Plaintiff's medical and health care records from Westside Dental Group (LSP-WESTSIDE DENTAL-000001-00007)

44. Plaintiff's medical and health care records from Ochsner Medical Center (LSP02162 - 02236 OCHSNER)

45. Ochsner Medical Center CD of Radiology Images of Michael Baugh (LSP-OCHSNER MCWB-FILMS-000001- 000003)

46. Plaintiff's medical and health care records from City of New Orleans EMS (LSP-CITY OF NEW ORLEANS EMS-000001- 000013)

47. Plaintiff's medical and health care records from Merit Health Natchez (LSP - Merit Health Natchez -000001- 000024)

48. Plaintiff's medical and health care records from Diedre D. Hayes, LCSE (LCSW-000001 - LCSW-000006)

49. Plaintiff's medical and health care records from Jefferson Community Health Care Centers, Inc. (LSP-JEFFERSON COMMUNITY HCC-000001-000049)

50. Plaintiff's medical and health care records from Walgreen Louisiana Co., Inc. (LSP-WALGREENS-02237 – 02251)

51. Tax returns of plaintiff (LSP-BAUGH IRS RECORDS-02252 – 02368)

52. Social Security Earnings of plaintiff (LSP- SOCIAL SECURITY ADMINISTRATION STATEMENT OF EARNINGS-02369 – 02376)

53. Deposition transcript of Michael Baugh (only if needed for impeachment purposes) (LSP01778-01868)

54. Transcript of Michael Baugh's testimony during the July 11, 2017 trial in Criminal District Court, Parish of Orleans (only if needed for impeachment purposes) (LSP01869-01983)

55. Michael Baugh's social media photographs (LSP-SOCIAL MEDIA PHOTOS-00001-00004)

56. Video entitled No Excuses, The Job Still Has To Be Done #TruBaughber #TeamFlawLuxe showing Michael Baugh video posted on Yooying.com one month before the subject incident (LSP01984): https://www.yooying.com/p/1050957020021600702_50846483

57. Louisiana State Police P.O. 101 – Organizational Structure (LSP01410-LSP01412)

58. Louisiana State Police P.O. 203 – Arrest and Searches (LSP01413-01420)

59. Louisiana State Police P.O. 205 – Bias-Based Profiling (LSP01421)

60. Louisiana State Police P.O. 209 – Complaints and Administrative Investigations (LSP01422-01426)

61. Louisiana State Police P.O. 216 – Early Identification System (EIS) (LSP01427-01428)

62. Louisiana State Police P.O. 227 – Performance Evaluation System (PES) LSP01429-01432)

63. Louisiana State Police P.O. 801 – Administration (LSP01433-01437)

64. Louisiana State Police P.O. 1105 – Criminal Patrols (LSP01438-01440)

65. Louisiana State Police P.O. 1106 – Enforcement (LSP01441-01462)

66. Louisiana State Police P.O. 1108 – Local Agency Compensated Enforcement Details (LACE) (LSP01463-01464)

67. Louisiana State Police – 2015 LSP In-Service Training Overview (LSP01465-01468)

68. Louisiana State Police certified personnel file of TFC Eric Thaxton (LSP00148-00344)

69. Louisiana State Police certified training records of TFC Eric Thaxton (LSP00345-00743)

70. Louisiana State Police certified personnel file of TFC Charles Robertson (LSP00744-00912)

71. Louisiana State Police certified training records of TFC Charles Robertson (LSP00913-01409)

72. Michael Baugh Social Media Investigation (LSP01985-02105)

73. Any exhibits identified by Plaintiff in his exhibit list

74. Any other exhibits necessary for impeachment purposes

Respectfully Submitted,

**JEFF LANDRY**
**Attorney General**
**State of Louisiana**

By: */s/ Scott O. Gaspard*
ANDRÉ C. GAUDIN (#20191) T.A.
SCOTT O. GASPARD (#23747)
ALEXANDRA M. LAMOTHE (#25749)
sgaspard@burglass.com
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0405
Telefax: (504) 287-0445
Attorneys for Defendants, Louisiana State Police Superintendent, Colonel Michael Edmonson, Louisiana State Police Commander, Captain Donovan Archote, Louisiana State Police Trooper Charles Robertson, and Louisiana State Police Trooper Eric Thaxton

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2019, a copy of the foregoing pleading has been forwarded to all counsel of record through the United States District Court's CM/ECF system, email and/or United States Mail.

*/s/ Scott O. Gaspard*
